**Robert FITZPATRICK, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 02–3342.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2002.

*ORDER*

PAULINE NEWMAN, Circuit Judge.

The parties respond to the court's order to show cause why Robert Fitzpatrick's petition for review should not be dismissed because he seeks review of a nonfinal Merit Systems Protection Board decision.*

Fitzpatrick and the Board agree that Fitzpatrick's petition should be dismissed for lack of a final Board decision. Fitzpatrick states that he is concerned about what he may argue in any future petition for review. Fitzpatrick's concern is unfounded; he may raise issues relating to the Board's remand order on a subsequent timely petition for review of a final Board decision in this matter.

Accordingly,

IT IS ORDERED THAT:

---

* Fitzpatrick's motions to stay proceedings and extend the due date for the opening brief are

(1) Fitzpatrick's petition for review is dismissed.

(2) Each side shall bear its own costs.